**137** STEWART (Admr.) vs. CIRCUIT JUDGE (Wayne), No. 12689.

To vacate order allowing an appeal from probate of will.

Will admitted June 30, 1891. Petition for leave to appeal filed March 1, 1892.

In the meantime the executors named in the will had declined to accept, and relator, on petition of the appellant, was appointed administrator with the will annexed, had qualified, and commissioners on claims were appointed.

Denied April 21, 1892, with costs.